# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136453-58

VILLAGE OF NORTHPORT,
      Plaintiff-Appellee,

v

LARRY C. BUSBY and MARALINE K. SZASZ,
      Defendants-Appellants,
and

CONSUMERS ENERGY and NORTHWESTERN
BANK,
      Non-Fee Owner Defendants.
_____/

SC: 136453
COA: 282475
Leelanau CC: 07-007582-CC

VILLAGE OF NORTHPORT,
      Plaintiff-Appellee,

v

HOWARD B. CANN and KRISTIN B. CANN,
Trustees,
      Defendants-Appellants,
and

CONSUMERS ENERGY and USAA FEDERAL
SAVINGS BANK,
      Non-Fee Owner Defendants.
_____/

SC: 136454
COA: 282476
Leelanau CC: 07-007586-CC

VILLAGE OF NORTHPORT,
      Plaintiff-Appellee,

v

KATHERINE M. DAVIS, Trustee,
      Defendant-Appellant,

SC: 136455
COA: 282477
Leelanau CC: 07-007584-CC

and

CONSUMERS ENERGY,
   Non-Fee Owner Defendant.
_____/

VILLAGE OF NORTHPORT,
   Plaintiff-Appellee,

v

CHARLES H. FUNK and BEVERLY L. FUNK,
   Defendants-Appellants,
and

CONSUMERS ENERGY,
   Non-Fee Owner Defendant.
_____/

SC: 136456
COA: 282478
Leelanau CC: 07-007583-CC

VILLAGE OF NORTHPORT,
   Plaintiff-Appellee,

v

HERBERT F. TAYLOR and MARY A. TAYLOR,
   Defendants-Appellants,
and

CONSUMERS ENERGY,
   Non-Fee Owner Defendant.
_____/

SC: 136457
COA: 282479
Leelanau CC: 07-007587-CC

VILLAGE OF NORTHPORT,
   Plaintiff-Appellee,

v

BARBARA GILMORE WEBER, Trustee,
   Defendant-Appellant,
and

CONSUMERS ENERGY and JP MORGAN
CHASE BANK, N.A.,
   Non-Fee Owner Defendants.

SC: 136458
COA: 282480
Leelanau CC: 07-007585-CC

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

_____
Clerk

0923